# EXHIBIT A

Dear Dr. Gress,

I'm excited to share that your new free online and mobile profile is available for you to claim!

www.healthtap.com/#expert_sign_up

Your updated info that will be prominently featured to millions in our groundbreaking interactive doctor directory on the world's largest and fastest growing Mobile Health Platform is:

William Gress, Homewood...more...

For the very first time, you have free and full control to claim, edit, update, and add to your interactive professional profile online. Claim it today at no cost, in seconds, and take advantage of:

**Intelligent search engine optimization | Powerful social media | Innovative mobile technology**

Join over 15,000 colleagues and get instant exposure to millions everywhere seeking the best doctors with their mobile devices and web browsers. Sign up for free at **www.healthtap.com/#expert_sign_up**, fax this form to me at **(650) 644-3375**, or download HealthTap MD for free on iPhone, Android, or iPad.

If you have any questions about how to claim your Free Profile or use HealthTap to extend your reach to patients and colleagues everywhere at no cost, please contact me directly at DrPollard@healthtap.com or the number below – I'd be delighted to help you.

Take care,

Jeffrey Pollard, MD
Double Board Certified Surgeon
Director, Medical Expert Network

health⊕⊙⊙

---

**Fax this form to (650) 644-3375 today to claim your FREE profile & get featured!**

Name: _____  Specialty: _____

Email Address: _____  Phone: ( ___ ) ___ – _____

Medical Degree (MD, DO, etc.): _____  Medical License No.: _____  State: _____
LLX001NDA a049 8929

HealthTap | 101 University Ave, Palo Alto, CA 94301 | [P] 650.644.1833 [F] 650.644.3375

As Featured in: **CBS⦿**      **The New York Times**

To opt out from future faxes go to www.deletemyfaxnumber.com enter PIN# 16222, or call 877-284-7887. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.