UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Dr. William P. Gress
                    Plaintiff,

v.                                        Case No.: 1:12–cv–08425
                                          Honorable Sharon Johnson Coleman

Healthtap, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 14, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), this case is hereby dismissed as to plaintiffs individual claims against defendant HealthTap Inc. with prejudice and without costs. The putative class claims against defendant HealthTap Inc. are dismissed without prejudice and without costs. Plaintiff's individual claims against John Does 1–10 are dismissed with prejudice and without costs, pursuantto Federal Rule of Civil Procedure 41. Plaintiff's motion to certify class [7] is moot. Motion hearing set to 1/25/2013 is hereby stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.